ISADORE JAMES, *Plaintiff in Error,* v. THE STATE OF FLORIDA, *Defendant in Error.*

En Banc.

Opinion Filed April 21, 1925.

The same question being presented, the judgment in this case is reversed upon authority of Hall v. State, 88 Fla. 239, 101 South. Rep. 847.

A Writ of Error to the Circuit Court for Bay County; D. J. Jones, Judge.

Reversed.

*J. Ed. Stokes,* for Plaintiff in Error;

*Rivers Buford,* Attorney General, and *Marvin C. Mc-Intosh,* Assistant, for the State.

PER CURIAM.—The indictment in this case was for murder in the first degree.  Upon petition by the State Attorney alleging its destruction by fire there was an order re-establishing the indictment.  The trial upon this indictment as re-established, on a plea of not guilty thereon, resulted in a conviction of murder in the second degree.  Writ of error has been taken to review the judgment.

The order re-establishing the indictment adjudged "that the copy of said indictment attached to said petition be and the same is hereby adjudged to be a substantial copy of said original destroyed indictment and that said original destroyed indictment be and the same is hereby re-established."

The judgment is reversed on authority of Hall v. State, 88 Fla. 239, 101 South. Rep. 847.

WEST, C. J., AND WHITFIELD, ELLIS, BROWNE, TERRELL AND STRUM, J. J., concur.